**No. 64297.**—Hensel, Bruckmann & Lorbacher, Inc. *v.* United States, protest 59/26673 (New York).

Opinion by Lawrence, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 64298.**—W. R. Keating & Company, Inc., and Attman-Weiss et al. *v.* United States, protests 175677–K, etc. (New York).

Opinion by Ford, J.   In accordance with stipulation of counsel that the merchandise marked "A" on the invoices consists of candlesticks and candelabras similar in all material respects to those the subject of Abstract 62036, except that they are wholly or in chief value of metal, the claim at 22½ percent under paragraph 397, as modified, *supra,* was sustained.   The items marked "E," stipulated to be the same as those the subject of Abstract 62036, except that they are plated with gold, were held dutiable at 32½ percent under said paragraph 397, as modified, *supra.*

June 13, 1960

**No. 64299.**—Borneo Sumatra Trading Co., Inc. *v.* United States, protests 59/17485(B) and 59/17485(C).—Plaintiff's application for rehearing granted.